UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Rico A. Contino

    v.                                          Civil No. 09-cv-65-PB

Hillsborough County
Department of Corrections,
Superintendent, et al


**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $158.00 is due no later than April 10, 2009. In addition, 20% of each preceding month's income credited to plaintiff's account is to be remitted by the Hillsborough County Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                            /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: March 10, 2009

cc:   Rico A. Contino, pro se
       Bonnie S. Reed, Financial Administrator
       Hillsborough County Department of Corrections, Inmate
          Accounts