UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Rico A.Contino</u>

    v.                        Case No. 09-cv-65-PB

<u>Hillsborough County Department
of Corrections, et</u>


                        <u>ORDER</u>

    Re: Document No. 10, Motion to Amend and appointment of Counsel

    Ruling:

Granted as to amendment.  Denied as to appointed counsel.  There is no right to appointed counsel in a civil case and plaintiff has demonstrated an ability equal to most pro se prisoners to handle his case. Plaintiff may contact attorneys like Michael Shaheen or Larry Vogelman who have in the past taken some prisoner cases.


                                      <u>/s/ James R. Muirhead</u>
                                      James R. Muirhead
                                      U.S. Magistrate Judge

Date: May 18, 2009

cc:   Rico A. Contino, Pro Se
      Elizabeth Hurley, Esq.