UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Rico Contino

        v.                            Case No. 09-cv-65-PB

HCDOC Superintendent, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 7, 2009.

SO ORDERED.

June 10 , 2009                                   /s/ Paul Barbadoro
                                                            Paul Barbadoro
                                                            United States District Judge


cc:     Rico Continio, Pro Se